IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

W.L., A CHILD,

        Appellant,

v.

        Case No.  5D22-1563
        LT Case No. 2022-30037-CJCI

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed November 29, 2022

Appeal from the Circuit Court
for Volusia County,
A. Kathleen McNeilly, Judge.

O.H. Eaton, Jr., of Office of Criminal
Conflict & Civil Regional Counsel,
Casselberry, for Appellant.

Ashley Moody, Attorney General,
and Roberts J. Bradford, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

        AFFIRMED.

LAMBERT, C.J., and EVANDER, J., concur.
EISNAUGLE, J., dissents, without opinion.